GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendant* Gurbir S. Grewal, Attorney General for the
State of New Jersey

By:  Tasha M. Bradt
     Deputy Attorney General
     (609) 376-2998
     Tasha.Bradt@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| G.R.,<br><br>                 Plaintiff,<br><br>          v.<br><br>GURBIR S. GREWAL, ATTORNEY GENERAL FOR THE STATE OF NEW JERSEY,<br><br>                 Defendant. | :<br>:  Civ. Action No.<br>:<br>:  **NOTICE OF REMOVAL**<br>:<br>:<br>: |

Defendant, Gurbir S. Grewal, Attorney General for the State
of New Jersey, by way and through undersigned counsel, Gurbir S.
Grewal, Attorney General of New Jersey, by Deputy Attorney General
Tasha M. Bradt, appearing, file this Notice of Removal and in
support thereof, state:

1.   Gurbir S. Grewal, Attorney General for the State of New
Jersey, is a Defendant in an action now pending in the New Jersey
Superior Court, Law Division, Morris County, bearing Docket No.

MRS-L-310-19, captioned, <u>G.R. v. Gurbir S. Grewal, Attorney</u> <u>General for the State of New Jersey</u>.

2.    The above-entitled action was commenced by the filing of a complaint raising both state and federal constitutional claims brought pursuant to 42 U.S.C. § 1983, on or about February 7, 2019. This complained named Defendant Gurbir S. Grewal, Attorney General of the State of New Jersey.

3.  Defendant Gurbir S. Grewal, Attorney General for the State of New Jersey, was served with Plaintiff's Complaint on February 13, 2019.  Defendant Gurbir S. Grewal was not previously served with any pleading in this matter.

4.    Plaintiff alleges federal constitutional claims in his Complaint, pursuant to 42 U.S.C. § 1983.  The claims arise from alleged denials of both procedural and substantive due process as a result of the application of N.J.S.A. 2C:7-1, et seq. ("Megan's Law").

5.    The United States District Court has original or supplemental jurisdiction over all claims in this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 28 U.S.C. § 1367(a).

6.   This action is removable to the District Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1441(c), and 28 U.S.C. § 1443.

7.   This Notice of Removal is being filed within thirty (30) court days of the date that the latest-served party, Defendant Gurbir S. Grewal, Attorney General for the State of New Jersey,

was first served with a pleading in this matter and became aware that the matter was removable.

8. Copies of all documents that, upon belief, comprise the comprehensive record of the state court below are attached to this Notice as Exhibit A. If it becomes apparent at a later point in time that additional documents comprising the state court record exist but were not yet filed with this court, they shall be filed at that time.

9. No other defendants have previously been served with Summons and Complaint in this matter; therefore all served defendants have consented to removal to the United States District Court.

WHEREFORE, Defendant Gurbir S. Grewal, Attorney General for the State of New Jersey, respectfully requests that the action now pending in the New Jersey Superior Court, Law Division, Morris County, bearing Docket No. MRS-L-310-19, captioned, G.R. v. Gurbir S. Grewal, Attorney General for the State of New Jersey, be removed to this court.

<div style="margin-left:40%">

GRUBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY


By:    s/ Tasha M. Bradt
       Tasha M. Bradt
       Deputy Attorney General

</div>

Dated: March 14, 2019